UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

---

| | |
|---|---|
| THOMAS W. BEATTY, <br>             Plaintiff, | CASE NO. 2:19-cv-00852-JFC <br> ELECTRONICALLY FILED |
| vs. | Judge Joy Flowers Conti |
| EQUIFAX INFORMATION SERVICES, LLC; <br> EXPERIAN INFORMATION SOLUTIONS, INC.; <br> and TRANS UNION, LLC; <br>             Defendants. | |

---

### MOTION FOR ADMISSION *PRO HAC VICE* OF
### KATHERINE E. CARLTON ROBINSON, ESQ.

---

Katherine E. Carlton Robinson, undersigned counsel for Defendant Trans Union, LLC hereby moves that she be admitted to appear and practice in this Court in the above-referenced matter as counsel pro hac vice for Defendant Trans Union, LLC in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Katherine E. Carlton Robinson filed herewith, which, it is averred, satisfies the requirement of the foregoing Local Rules and Standing Order.

Respectfully submitted,

*s/ Katherine E. Carlton Robinson*
Katherine E. Carlton Robinson, Esq.
(IN #31694-49)
  (*Pro Hac Vice* Pending)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  krobinson@schuckitlaw.com

*Counsel for Defendant, Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **19th day of July, 2019**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| Clayton S. Morrow, Esq. | Andrew J. Spangenberg, Esq. |
|---|---|
| cmorrow@allconsumerlaw.com | aspangenberg@jonesday.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via electronic mail and First Class, U.S. Mail, postage prepaid, on the **19th day of July, 2019**, properly addressed as follows:

| None | |
|---|---|

 

*s/ Katherine E. Carlton Robinson*
Katherine E. Carlton Robinson, Esq.
(IN #31694-49)
  (*Pro Hac Vice* Pending)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  krobinson@schuckitlaw.com

*Counsel for Defendant, Trans Union, LLC*