## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

THOMAS W. BEATTY,
        Plaintiff,

   vs.

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
and TRANS UNION, LLC;
        Defendants.

CASE NO. 2:19-cv-00852-JFC
ELECTRONICALLY FILED

Judge Joy Flowers Conti

## AFFIDAVIT OF KATHERINE E. CARLTON ROBINSON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Katherine E. Carlton Robinson, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-referenced matter as counsel pro hac vice for Defendant Trans Union, LLC in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Katherine E. Carlton Robinson, being duly sworn, do hereby depose and say as follows:

1.     I am an Associate of the law firm of Schuckit & Associates, P.C.

2.     My business address is 4545 Northwestern Drive, Zionsville, IN 46077.

3.     I am a member in good standing of the bar of the Indiana Supreme Court. I am also admitted to practice in the United States District Courts for the Northern District of Illinois, Southern and Northern Districts of Indiana, Eastern District of Michigan, Western District of New York, Northern District of Ohio, Eastern District of Wisconsin and the United States Court of Appeals for the Fourth Circuit.

4.     My bar identification numbers are: Indiana Supreme Court – 31694-49.

5.   A current certificate of good standing from the Indiana Supreme Court is attached to this Affidavit as Exhibit A.

6.   I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7.   I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8.   Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated:  7/19/2019

Katherine E. Carlton Robinson

# SUPREME COURT OF
# THE STATE OF INDIANA



*Certification*

## STATE OF INDIANA, SS:

I, Gregory R. Pachmayr, Clerk of the Supreme Court of Indiana, do hereby certify that

### KATHERINE ELISABETH CARLTON ROBINSON

is a member of the bar of said Court since admission on _____ May 20, 2014 _____, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this __4th__ day of __January__, 20_19_.

_____
GREGORY R. PACHMAYR
CLERK, SUPREME COURT OF INDIANA