UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

---

| | |
|---|---|
| THOMAS W. BEATTY,<br>      Plaintiff, | CASE NO. 2:19-cv-00852-JFC<br>ELECTRONICALLY FILED |
| vs. | Judge Joy Flowers Conti |
| EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>and TRANS UNION, LLC;<br>      Defendants. | |

---

ORDER ON
MOTION FOR ADMISSION *PRO HAC VICE* OF
KATHERINE E. CARLTON ROBINSON

---

AND NOW, this _____ day of _____, 2019, upon consideration of the foregoing Motion for Admission *Pro Hac Vice* of Katherine E. Carlton Robinson, it is hereby ORDERED, ADJUDGED and DECREED that Katherine E. Carlton Robinson is admitted *pro hac vice* as counsel for Defendant Trans Union, LLC in this action.

_____
JUDGE, United States District Court for the
Western District of Pennsylvania

DISTRIBUTION TO:

| | |
|---|---|
| Clayton S. Morrow, Esq.<br>cmorrow@allconsumerlaw.com | Andrew J. Spangenberg, Esq.<br>aspangenberg@jonesday.com |
| Stanley W. Greenfield, Esq.<br>greenfieldandkraut@verizon.net | Katherine E. Carlton Robinson, Esq.<br>krobinson@schuckitlaw.com |