IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS W. BEATTY,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION LLC,<br><br>　　　　Defendants. | Civil Action No. 2:19-cv-00852-PLD |

**CONSENT TO JURISDICTION BY UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, the undersigned counsel of record for Plaintiff, Clayton S. Morrow, in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Patricia L. Dodge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　*/s/ Clayton S. Morrow*

　　　　　　　　　　　　　　　　　　　　Clayton S. Morrow
　　　　　　　　　　　　　　　　　　　　PA I.D. No. 53521

　　　　　　　　　　　　　　　　　　　　**Morrow & Artim, PC**
　　　　　　　　　　　　　　　　　　　　304 Ross Street, Seventh Floor
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　(412) 281-1250 – phone
　　　　　　　　　　　　　　　　　　　　(412) 209-0656 – direct phone
　　　　　　　　　　　　　　　　　　　　(412) 753-0330 – fax
　　　　　　　　　　　　　　　　　　　　csm@ConsumerLaw365.com
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　　August 5, 2019
　　　　　　　　　　　　　　　　　　　　Date