# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS BEATTY, | ) |
|     Plaintiff, | ) |
| vs. | ) Case No.: 2:19-cv-00852-MJH-PLD |
| EQUIFAX INFORMATION SERVICES LLC, et al., | ) |
|     Defendants. | ) |

## UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE

Defendant, Equifax Information Services LLC ("Equifax"), by its undersigned counsel, respectfully moves this Court for an order extending the discovery deadline through and including July 31, 2020. Equifax recognizes that the Court previously advised that additional extensions would be disfavored, but respectfully submits, as discussed below, that the circumstances impacting this case have substantially, and materially, changed since the Court entered its last order and another brief extension is warranted.

1. The current deadline for discovery is June 1, 2020. (Doc. 33.)

2. The parties were in the process of scheduling the final few depositions, but then the Covid-19 pandemic and its resulting closures occurred.

3. The pandemic has created substantial interference with the ability to prepare witnesses for deposition and schedule the last few depositions.

4. Further, Equifax is in the midst of transferring its representation in this case to Seyfarth Shaw as of May 1, 2020.

5. The new Equifax counsel will defend/take the remaining depositions and participate in the mediation.

223740043.v1

6. The parties are working to confirm a date for mediation around July 14, 2002.

7. For these reasons, Equifax respectfully requests that the Court extend the discovery deadline through July 31, 2020 so that the remining few depositions and mediation may be handled by the new Equifax firm under the circumstances created by the pandemic and the transition of counsel.

8. Plaintiff consents to the relief requested herein.

9. This request will not impact the other pretrial deadlines in the case.

10. This request is submitted in good faith and is not intended to cause delay, unnecessary burden, or needless expense, but rather to avoid the same.

WHEREFORE, Equifax requests that this motion be granted.

Respectfully submitted this 16th day of April, 2020.

/s/ Vincent M. Roskovensky
Vincent M. Roskovensky
Clark Hill PLC
vroskovensky@clarkhill.com
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA  15219-1425

J. Anthony Love
*Pro Hac Vice*
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309
Email: tlove@kslaw.com
*Attorneys for Defendant Equifax Information Services LLC*

223740043.v1

## **CERTIFICATE OF SERVICE**

This is to certify that I have this 16th day of April, 2020 and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Clayton S. Morrow
Morrow & Artim, PC
304 Ross Street
7th Floor
Pittsburgh, PA 15219
Email: cmorrow@allconsumerlaw.com

John H. Goolsby
Goolsby Law Office, LLC
475 Cleveland Avenue N
Suite 212
Saint Paul, MN 55104
Email: jgoolsby@goolsbylawoffice.com
*Attorneys for Plaintiff*

Andrew J. Spangenberg
Jones Day
500 Grant Street
Suite 4500
Pittsburgh, PA 15219
Email: aspangenberg@jonesday.com
*Counsel for Defendant Experian Information Solutions, Inc.*

                                                */s/ /s/ Vincent M. Roskovensky*
                                                Vincent M. Roskovensky

223740043.v1